# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON  **DATE**: JUNE 17, 2024

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL

**TITLE OF CASE:**  **DOCKET NO. 24-MC-79 (RK)**

UNITED STATES OF AMERICA

v.

CHAIM ELIMELECH PURETZ (a/k/a ELI PURETZ)
    DEFENDANT PRESENT

**APPEARANCES:**

Babasijibomi Moore, AUSA for the Government

Matthew Elkin, Esq., counsel for Defendant

**NATURE OF PROCEEDING:** STATUS CONFERENCE

Parties review case status.

Follow-up Telephone Conference scheduled for 10:00 a.m. on July 16, 2024.

Time Commenced:  1:47 p.m.
Time Adjourned:  1:56 p.m.
Total Time:  9 minutes

*Patricia Markey*
COURTROOM DEPUTY