# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHAIM ELIMELECH PURETZ<br>(a/k/a ELI PURETZ)<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:  No. 3:24-mc-00079-(RK)<br>:<br>:<br>:<br>::<br>: |

## NOTICE OF MOTION TO ADMIT SARAH REBECCA KRISSOFF *PRO HAC VICE*

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 101.1, the undersigned hereby moves before the United States District Court of the District of New Jersey for an Order admitting Sarah Rebecca Krissoff, Esq., of the law firm Cozen O'Connor, to appear *pro hac vice* as counsel for Defendant Chaim Puretz in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the accompanying Declaration of Stephen A. Miller, Declaration of Sarah Rebecca Krissoff, and proposed Order in support of this motion.

Dated: July 16, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Stephen A. Miller*
　　　　　　　　　　　　　　　　　　　COZEN O'CONNOR
　　　　　　　　　　　　　　　　　　　Stephen A. Miller (N.J. 286982018)

　　　　　　　　　　　　　　　　　　　1650 Market Street, Suite 2800
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　Tel.: (215) 665-2000

　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Chaim Elimelech Puretz*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHAIM ELIMELECH PURETZ<br>(a/k/a ELI PURETZ)<br><br>Defendant. | :<br>:<br>:<br>:  No. 3:24-mc-00079-(RK)<br>:<br>:<br>:<br>: |

**DECLARATION OF STEPHEN A. MILLER IN SUPPORT OF**
**<u>*PRO HAC VICE* APPLICATION FOR SARAH REBECCA KRISSOFF</u>**

I, Stephen A. Miller, hereby declare as follows:

1. I am an attorney-at-law in the State of New Jersey and a shareholder at the law firm Cozen O'Connor, attorneys for Defendant Chaim Puretz, in connection with the above-captioned matter.

2. I am a member in good standing of the Bar of the State of New Jersey. I am also a member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of Illinois. I am admitted to the Bar of this Court.

3. Defendant requests that Sarah Rebecca Krissoff, Esq., of the firm Cozen O'Connor, appear on his behalf and participate in this action as his attorney *pro hac vice* before the United States District Court for the District of New Jersey.

4. I have entered an appearance for Defendant in this matter, and I certify that I will comply with all provisions of Local Civil Rule 101.1(c).

5. I certify that all notices, orders, and pleadings may be served upon me and that I or another attorney admitted to the Bar of this Court will file papers, enter appearances, sign stipulations, and sign or receive payments on judgments, decrees, or orders. Should the Court

grant Ms. Krissoff's *pro hac vice* application, I will promptly notify Ms. Krissoff of their receipt of any such papers.

6.	Ms. Krissoff has been advised of her obligations to comply with the Rules of Professional Conduct adopted by the New Jersey Supreme Court and of New Jersey Local Civil Rule 101.1(c), which governs the admission of counsel *pro hac vice*.

7.	The Declaration of Sarah Rebecca Krissoff in support of her application for admission to the bar of this Court *pro hac vice* has been submitted contemporaneously herewith.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 16, 2024		  */s/ Stephen A. Miller*
					Stephen A. Miller

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHAIM ELIMELECH PURETZ<br>(a/k/a ELI PURETZ)<br><br>Defendant. | :<br>:<br>:<br>: No. 3:24-mc-00079-(RK)<br>:<br>:<br>:<br>::<br>: |

**DECLARATION OF SARAH REBECCA KRISSOFF**
**IN SUPPORT OF ADMISSION *PRO HAC VICE***

I, Sarah Rebecca Krissoff, do hereby declare as follows:

1. I am a member in the law firm Cozen O'Connor, and practice out of its New York office located at 3 World Trade Center, 175 Greenwich Street, 55th Floor, New York, NY 10007. I make this certification in support of my application for admission *pro hac vice*.

2. I am admitted to practice before and am in good standing with the bars of the State of New York (admitted June 11, 2003), the United States District Court for the Southern District of New York (admitted November 8, 2005), United States District Court for the Eastern District of New York (admitted December 8, 2005), and the United States Court of Appeals for the Second Circuit (admitted November 15, 2010). The names and addresses of the offices maintaining the rolls of members of the bars in those jurisdictions are as follows:

**New York**                                Darrell M. Joseph
                                             Clerk of the Court
                                             Appellate Division, Supreme Court of the State of
                                             New York, Second Judicial Department
                                             45 Monroe Place
                                             Brooklyn, N.Y. 11201

| | |
|---|---|
| **United States District Court for the Southern District of New York** | Clerk<br>United States District Court for the<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 |
| **United States District Court for the Eastern District of New York** | Clerk<br>United States District Court for the<br>Eastern District of New York<br>225 Cadman Plaza E.<br>Brooklyn, NY 11201 |
| **United States Court of Appeals for the Second Circuit** | Clerk's Office<br>Thurgood Marshall United States Courthouse<br>40 Foley Square<br>New York, NY 10007 |

3. I certify that no disciplinary proceedings are pending against me in any jurisdiction and that no discipline has previously been imposed on me in any jurisdiction. I understand that I have a continuing obligation during any period where I am admitted *pro hac vice* to promptly advise the Court of the institution of new disciplinary proceedings.

4. If admitted *pro hac vice*, I shall immediately notify this Court if there is any change in my admission status, residence, or firm affiliation, and I agree to submit myself to this Court's disciplinary jurisdiction for any conduct relating to this matter.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: <u>July 16, 2024</u>

SARAH REBECCA KRISSOFF

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHAIM ELIMELECH PURETZ<br>(a/k/a ELI PURETZ)<br><br>Defendant. | :<br>:<br>:<br>:<br>: No. 3:24-mc-00079-(RK)<br>:<br>:<br>:<br>::<br>: |

**[PROPOSED]**
**ORDER GRANTING ADMISSION *PRO HAC VICE* OF SARAH REBECCA KRISSOFF**

This matter coming before the Court on the application by Stephen A. Miller, Esq. of Cozen O'Connor, on behalf of Defendant Chaim Puretz, for an Order granting the admission, *pro hac vice*, of Sarah Rebecca Krissoff, Esq. of the firm of Cozen O'Connor, with supporting declarations from Ms. Krissoff and from Mr. Miller; and the Court having considered the foregoing submissions and for good cause shown, IT IS on this _____ day of _____, 2024

**ORDERED** that Sarah Rebecca Krissoff, Esq. shall be and hereby is admitted *pro hac vice* to this Court for this matter; and

IT IS FURTHER ORDERED that Ms. Krissoff is within the disciplinary jurisdiction of this Court for all actions that may arise out of her participation in this matter; and

IT IS FURTHER ORDERED that Ms. Krissoff shall notify the court immediately of any change of address, firm affiliation, or any matter affecting her standing at the bar of any other court; and

IT IS FURTHER ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney of record of the bar of this Court, who shall be responsible for the conduct of the case in this Court; and

IT IS FURTHER ORDERED that Ms. Krissoff shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a); and

IT IS FURTHER ORDERED that Ms. Krissoff shall pay the appropriate *pro hac vice* admission fee to the Clerk of this Court forthwith, if not already paid.

_____
The Honorable Robert Kirsch
United States District Judge

**CERTIFICATE OF SERVICE**

      I, Stephen A. Miller, hereby certify that on this 16th day of July 2024, I caused a true and correct copy of the foregoing Notice of Motion to Admit Sarah Rebecca Krissoff *Pro Hac Vice*, along with the accompanying Declaration of Stephen A. Miller, Declaration of Sarah Rebecca Krissoff, and a proposed Order, to be served upon all counsel via the Court's electronic filing system.

                                      */s/ Stephen A. Miller*
                                      STEPHEN A. MILLER