UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON                                                                       **DATE**: JULY 18, 2024

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL

**TITLE OF CASE:**                                            **DOCKET NO. 24-MC-79 (RK)**

UNITED STATES OF AMERICA

v.

CHAIM ELIMELECH PURETZ (a/k/a ELI PURETZ)
     DEFENDANT PRESENT

**APPEARANCES:**

Babasijibomi Moore, AUSA for the Government

Sarah Krissoff, Esq., Stephen Miller, Esq. and Andrew Linz, Esq., counsel for Defendant

**NATURE OF PROCEEDING:** TELEPHONE CONFERENCE

Parties review case status.

Plea scheduled for 10:00 a.m. on August 1, 2024.

.

**Time Commenced:**   10:38 a.m.
**Time Adjourned**:    10:43 a.m.
**Total Time**:          5 minutes

                                                                             s/ *Patricia Markey*
                                                                             COURTROOM DEPUTY