**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**
_____

UNITED STATES OF AMERICA,              CRIMINAL NUMBER:

    v.                                   3:24-mc-00079-RK

CHAIM ELIMELECH PURETZ                 TELECONFERENCE
(a/k/a ELI PURETZ),

    Defendant.
_____

    Clarkson S. Fisher Building & U.S. Courthouse
    402 East State Street
    Trenton, New Jersey  08608
    July 18, 2024
    Commencing at 10:38 a.m.

**B E F O R E:**              THE HONORABLE ROBERT KIRSCH,
                          UNITED STATES DISTRICT JUDGE

**A P P E A R A N C E S:**

    UNITED STATES DEPARTMENT OF JUSTICE
    FRAUD SECTION, CRIMINAL DIVISION
    BY: BABASIJIBOMI MOORE, ASST. UNITED STATES ATTORNEY
    1400 NEW YORK AVENUE, N.W.
    BOND BUILDING, NORTH WEST SUITE 700
    WASHINGTON, DC  20530

    COZEN O'CONNOR
    BY:  STEPHEN A. MILLER, ESQUIRE
         SARAH R. KRISSOFF, ESQUIRE
         ANDREW D. LINZ, ESQUIRE
    1650 MARKET STREET, SUITE 2800
    PHILADELPHIA, PA  19103
    FOR THE DEFENDANT

**A L S O   P R E S E N T:**

    Chaim Elimelech Puretz, Defendant

        Carol Farrell, Official Court Reporter
              cfarrell.crr@gmail.com
                856-318-6100
Proceedings recorded by mechanical stenography; transcript
       produced by computer-aided transcription.

```
 1            (PROCEEDINGS held in open court before The Honorable
 2   Robert Kirsch, United States District Judge, at 10:38 a.m.)
 3            THE COURT:  Good morning, counsel.
 4            RESPONSE:  Good morning, Your Honor.
 5            THE COURT:  Thank you all for your patience.  I think
 6   this matter was scheduled for Tuesday, and I unfortunately had
 7   a colleague's mom pass away.  So to the extent that I
 8   inconvenienced anyone, this was obviously unforeseeable, but I
 9   do apologize to each of you.
10            The matter is the United States of America v. Puretz.
11   The docket number is 24-79.
12            Appearances first for the government.
13            THE WITNESS:  Good morning, Your Honor.  Siji Moore on
14   behalf of the United States.
15            THE COURT:  Good morning, Mr. Moore.
16            For the defendant?
17            MS. KRISSOFF:  Good morning, Your Honor.  This is
18   Sarah Krissoff and Stephen Miller for the defendant,
19   Mr. Puretz, who is also on the call.
20            THE COURT:  And is Mr. Linz on the phone as well?
21            MS. KRISSOFF:  Yes, Mr. Linz works with Stephen and I,
22   and he has joined the call as well.
23            THE COURT:  Okay.  Ms. Krissoff, I assume you are
24   speaking on behalf of the defendant, correct?
25            MS. KRISSOFF:  I am, yes.  I just -- I am not -- I am
```

1  not yet admitted.  We did file the pro hac motion for my
2  admittance but I'm not yet admitted to the court.  Stephen
3  Miller is, so he is also on this call.
4          THE COURT:  Very well.
5          So the matter had been scheduled, I believe, for a
6  Rule 11 conference, and Mr. Puretz terminated the services of I
7  believe it was Mr. Krieger.  Cozen O'Connor is substituting in
8  for Mr. Krieger.
9          Where are we, Ms. Krissoff, in terms of any
10 developments with regard to the case?
11         MS. KRISSOFF:  Yes, let me tell you about that.  And
12 Your Honor, we do appreciate the time you gave us to get up to
13 speed and discuss the plea offer with the government and meet
14 with our client and discuss that with him as well.
15         THE COURT:  Oh, of course.
16         MS. KRISSOFF:  We are now up to speed, and we do
17 anticipate Mr. Puretz entering a plea.  We do have a few more
18 discussions to be had with him, but we have gone back and forth
19 with the government, and we have a plea agreement that is
20 acceptable to both parties, and we do anticipate proceeding
21 with a plea, and we would propose to put that on the Court's
22 calendar on this call.
23         THE COURT:  Very well.
24         Mr. Moore, you live out of state, correct?
25         MR. MOORE:  Yes, Your Honor.

1  THE COURT: As a result, like I do for everybody, I
2  would like this to be as convenient for you as possible.  Do
3  you know if I have the great pleasure of having you in my
4  courtroom over the next couple of weeks so we don't have to
5  inconvenience you by flying you in?
6  MR. MOORE: I will be appearing before you on August
7  1st, but if it's easier to resolve this if there was a time
8  before that that defense counsel is available, I would make
9  myself available as well.
10 THE COURT: August 1st is pretty chose.
11 MR. MOORE: Yes, Your Honor. I think the date --
12 defense counsel may have a conflict on that day --
13 THE COURT: Okay.
14 MS. KRISSOFF: Thank you, Mr. Moore. I appreciate
15 that. Actually, that date works for us as well.
16 THE COURT: The 1st does?
17 MS. KRISSOFF: Yes, it does. Thank you, Your Honor.
18 THE COURT: How is 10:00 on August 1?
19 MR. MOORE: That's works for the government.
20 THE COURT: Ms. Krissoff, that works?
21 MS. KRISSOFF: Yes, that's fine, Your Honor. Thank
22 you.
23 THE COURT: Okay. I will see everybody in my
24 courtroom at 10:00, August 1. Okay?
25 RESPONSE: Thank you, Your Honor.

1            THE COURT:  Thank you all for being on time.  I
2   appreciate it.  And I'm sorry for keeping you waiting a few
3   minutes.  Okay?  The matter is adjourned.
4   (The proceedings concluded at 10:44 a.m.)
5
6                - - - - - - - - - - - - - - - -
7
8            I certify that the foregoing is a correct transcript
9   from the record of proceedings in the above-entitled matter.
10
11  /S/ Carol Farrell, NJ-CRCR, FCRR, RDR, CRR, RMR, CRC, CRI
    Court Reporter/Transcriber
12
13  July 18, 2024
          Date